

Tel:    920.395.2200
Fax:   920.395.2202

610 Riverfront Drive
PO Box 935
Sheboygan, WI 53082-0935

January 21, 2010

The Honorable Rudolph T. Randa
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI53202–4500

     **Re:**    ***United States of America v. Michael Carroll***
            ***Case No. 05-CR-240***

Dear Judge Randa:

     I have reviewed Mr. Carroll's appellate options with him and he has directed me to inform the Court that he does not wish to pursue an appeal of his conviction or sentence.

     Thank you.

                Respectfully,

                s/ Kirk B. Obear
                Kirk B. Obear

KBO/eao

w w w . k i r k o b e a r . c o m